| | |
|---|---|
| 1 | NANCY E. PRITIKIN, Bar No. 102392 |
| | KURT R. BOCKES, Bar No. 171647 |
| 2 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 3 | 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Fax No.: 415.399.8490 |
| 5 | |
| 6 | RICHARD H. HARDING, Bar No. 053698 |
| | LITTLER MENDELSON, P.C. |
| 7 | Treat Towers |
| | 1255 Treat Boulevard |
| 8 | Suite 600 |
| | Walnut Creek, CA 94597 |
| 9 | Telephone: 925.932.2468 |
| | Fax No.: 925.946.9809 |
| 10 | |
| | Attorneys for Defendants |
| 11 | CONVENIENCE RETAILERS, LLC, PACIFIC |
| | CONVENIENCE & FUELS, LLC, SAM HIRBOD |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | GINA KENDRICK DAUTH, | Case No. C 13-00047MEJ |
| 16 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT |
| 17 | v. | |
| 18 | CONVENIENCE RETAILERS, LLC; PACIFIC CONVENIENCE & FUELS, LLC; SAM HIRBOD; and DOES 1 THROUGH 20, inclusive, | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

**Case No. C 13-00047MEJ**

Plaintiff, Gina Kendrick Dauth ("Plaintiff), and Defendants Convenience Retailers, LLC, Pacific Convenience & Fuels, LLC and Sam Hirbod ("Defendants"), by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to February 15, 2013.

IT IS SO STIPULATED.

Dated: February 11, 2013

/s/ Cary Kletter
CARY KLETTER
SALLY TRUNG NGUYEN
KLETTER LAW FIRM
Attorneys for Plaintiff
GINA KENDRICK DAUTH

Dated: February 11, 2013

/s/ Kurt R. Bockes
RICHARD H. HARDING
NANCY E. PRITIKIN
KURT R. BOCKES
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CONVENIENCE RETAILERS, LLC,
PACIFIC CONVENIENCE & FUELS, LLC,
SAM HIRBOD.

IT IS SO ORDERED.

Dated: February 11, 2013

HON. MARIA ELENA-JAMES
UNITED STATES MAGISTRATE JUDGE

Firmwide:118253598.1 073861.1001

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT | 1. | Case No. C 13-00047MEJ