1  NANCY E. PRITIKIN, Bar No. 102392
   KURT R. BOCKES, Bar No. 171647
2  LITTLER MENDELSON, P.C.
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:   415.433.1940
   Fax No.:     415.399.8490
5

6  RICHARD H. HARDING, Bar No. 053698
   LITTLER MENDELSON, P.C.
7  Treat Towers
   1255 Treat Boulevard
8  Suite 600
   Walnut Creek, CA  94597
9  Telephone:   925.932.2468
   Fax No.:     925.946.9809
10

   Attorneys for Defendants
11 CONVENIENCE RETAILERS, LLC, PACIFIC
   CONVENIENCE & FUELS, LLC, SAM HIRBOD
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 | GINA KENDRICK DAUTH,              | Case No.  C 13-00047MEJ

16 |           Plaintiff,              | STIPULATION FOR EXTENSION OF TIME
                                        FOR DEFENDANTS TO ANSWER OR
17 |     v.                            | OTHERWISE RESPOND TO FIRST
                                        AMENDED COMPLAINT
18 | CONVENIENCE RETAILERS, LLC;
     PACIFIC CONVENIENCE & FUELS,
19 | LLC; SAM HIRBOD; and DOES 1
     THROUGH 20, inclusive,
20
             Defendants.
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**                                **Case No. C 13-00047MEJ**

Plaintiff, Gina Kendrick Dauth ("Plaintiff"), and Defendants Convenience Retailers, LLC, Pacific Convenience & Fuels, LLC and Sam Hirbod ("Defendants"), by and through their respective counsel, stipulate that the time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to February 15, 2013.

IT IS SO STIPULATED.

Dated: February 11, 2013

/s/ Cary Kletter
CARY KLETTER
SALLY TRUNG NGUYEN
KLETTER LAW FIRM
Attorneys for Plaintiff
GINA KENDRICK DAUTH

Dated: February 11, 2013

/s/ Kurt R. Bockes
RICHARD H. HARDING
NANCY E. PRITIKIN
KURT R. BOCKES
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CONVENIENCE RETAILERS, LLC,
PACIFIC CONVENIENCE & FUELS, LLC,
SAM HIRBOD.

IT IS SO ORDERED.

Dated: February 11, 2013

HON. MARIA ELENA-JAMES
UNITED STATES MAGISTRATE JUDGE

Firmwide:118253598.1 073861.1001

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT | 1. | Case No. C 13-00047MEJ

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468