UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GINA KENDRICK DAUTH,<br><br>                Plaintiff(s),<br>   v.<br>CONVENIENCE RETAILERS, LLC,<br><br>                Defendant(s). | No. C 13-00047 MEJ<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

The parties had requested a referral for settlement conference with Magistrate Judge Joseph C. Spero. This was not referenced in the Order (docket no. 19) and the action was randomly assigned to Magistrate Judge Laporte in error. This action is hereby directly referred to Magistrate Judge Joseph C. Spero for settlement purposes. The parties shall be advised of the date, time and place of the settlement conference by notice from Magistrate Judge Spero's chambers and it shall occur as soon as convenient to Magistrate Judge Spero's calendar. Magistrate Judge Laporte shall no longer be assigned as the settlement judge.

**IT IS SO ORDERED.**

Dated: April 10, 2013

                                                        _____<br>
                                                        Maria-Elena James<br>
                                                        United States Magistrate Judge