UNITED STATES  DISTRICT COURT

Northern District of California

GINA KENDRICK DAUTH,                          No. C 13-00047 MEJ

　　　　　　　　Plaintiff(s),                 **NOTICE RE: SUMMARY
　　　v.                                      JUDGMENT STATEMENT OF
                                             FACTS**
CONVENIENCE RETAILERS, LLC,

　　　　　　　　Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The parties are hereby advised that the following changes regarding summary judgment motions have been made to all cases pending before Magistrate Judge James.  These changes supercede any previous case management orders issued in this case.

**(1)** **Separate Statement of Facts.**  Any party filing a motion for summary judgment must file a statement, separate from the motion and memorandum of law, setting forth each material fact on which the party relies in support of the motion. The separate statement should include only those facts that the Court needs to decide the motion. Other undisputed facts (such as those providing background about the action or the parties) may be included in the memorandum of law, but should not be included in the separate statement of facts.  Each material fact in the separate statement must be set forth in a separately numbered paragraph and must refer to a specific admissible portion of the record where the fact finds support (for example, affidavit, deposition, discovery response, etc.).  A failure to submit a separate statement of facts in this form may constitute grounds for the denial of the motion.

**(2)** **Controverting Statement of Facts.**  Any party opposing a motion for summary judgment must file a statement, separate from that party's memorandum of law, setting forth: (a) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (b) any additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of the moving party.  Each additional fact must be set forth in a separately numbered paragraph and must refer to a specific admissible portion of the record where the fact finds support.

**(3)** **Alternative Procedure.**  As an alternative to filing a statement of facts and controverting statement of facts, the movant and the party opposing the motion may jointly file a stipulation signed by the parties setting forth a statement of the stipulated facts if the parties

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

agree there is no genuine issue of any material fact. As to any stipulated facts, the parties so stipulating may state that their stipulations are entered into only for the purpose of the motion for summary judgment and are not intended to be otherwise binding.

Dated: August 28, 2013

_____
Rose Maher, Courtroom Deputy to
Maria-Elena James,
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

2